ORIGINAL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 24 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

__SHELON BAPTISTE__
__349 1609 460__
_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**CV 17-3167**

JURY DEMAND
YES ✓   NO

-against-

__Police Officer Christian__
__Gonzalez Shield 9620__
__32nd Pct__

**MATSUMOTO, J.**

**ORENSTEIN, M.J.**

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff __OFFICER CHRISTIAN__

If you are incarcerated, provide the name of the facility and address:
__SHELON BAPTISTE   319-1609-460__
__11-11 HAZEN ST   EAST ELMHURST__
__QUEENS N.Y. 11370__
Prisoner ID Number: __349 1609 460__

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

*POLICE OFFICER Christian Gonzalez*
Full Name

*POLICE OFFICER*
Job Title

_____

_____
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

|                  |            |
|------------------|------------|
|                  | Address    |
| Defendant No. 4  | Full Name  |
|                  | Job Title  |
|                  | Address    |
| Defendant No. 5  | Full Name  |
|                  | Job Title  |
|                  | Address    |

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? __MANhATTAN COURT__

__100 CENTRE STREET__

When did the events happen? (include approximate time and date) __August 27, 2016__

**Facts: (what happened?)** I AM TRANSGENDER MY NAME IS SHELON BAPTISTE 349 1609-460. I WAS AT THE PRECINCT ON 135ST 6 AVE. OFFICER GONZALEZ 9620 AND ANOTHER ESCORTED ME TO TH MANHATTAN COURT 100 CENTRE ST. OFFICER GONZALEZ WHILE IN TRANSIT ASK ME ABOUT SEXUALITY WAS MY BREAST IMPLANTS, WAS I PROSTITUTE. WHEN WE GOT TO THE COURT HOUSE I ASK TO GO TO THE BATHROOM FEMALE BATHROOM but HE TOOK ME TO THE MALE CIVILIAN BATHROOM ON THE 2nd FLOOR IN THE COURT HOUSE. WHILE IN THE BATHROOM HE ASK ME do THING I'M A WOMEN I REP' ANSWER I AM WHAT AM! WHO HE HAD TOOK THE HANDCUFFS OFF. WHEN I finish using BATHROOM. OFFICER GONZALEZ GAVE ME SANITIZER TO WASH MY HANDS WHILE WAS USING THE SANITIZER, HE TOUCH MY BREAST WITH THE HANDCUFFS. I WAS STARTLED AND I DROP SANTIZER ON THE FLOOR IN SPLASH IN HIS EYES.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

HE hit ME IN MY HEAD WITH HANDCUFFS.

OFFICER GONZALEZ hit ME WITH THE HANDCUFFS AT MY HEAD. WE FOUGHT IN THE BATHROOM I WAS TRYING TO PROTECT MYSELF. ON BACK PAGE

~~[scribbled out line]~~

IF it wasn't FOR cameras IN the Hallway The would Have kill me.
Someone From Newspaper wants to take my story.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I want them to drop the charges! They have charge me with Assault in First Degree Assault in Second Degree Assault in Second Degree Attempt to commit the crime aggravated Assault Escape in the First Degree.

I declare under penalty of perjury that on May 18 2017 (date), I delivered this complaint to prison authorities at RNDC C-74 (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18 2017

_Phelon Baptiste_
Signature of Plaintiff

RNDC 1411- Hazen St
Name of Prison Facility or Address if not incarcerated

East Elmhurst St Queens N.Y 11370
Address

349-1609-460
Prisoner ID#

rev. 12/1/2015

5